**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRIUMPH INTERNATIONAL, LLC,

                    Plaintiff,

    v.

LLFD ELE, et al.,

                Defendants.

Case No. 26-cv-00620

**Judge Elaine E. Bucklo**

**Magistrate Judge Jeffrey T. Gilbert**

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Triumph International, LLC hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| qcdxe | 16 |
| REDSUNSHOP | 18 |
| Sang Hu Tiao | 23 |
| SXDCGV BVJNMKM | 38 |
| SXDFGVBHJH | 39 |
| vasfewf | 48 |
| XIPHARD | 64 |
| XPPen Store | 65 |
| zhaohaichundedian | 77 |

1

Dated this 27th day of March 2026.　　　Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Triumph International, LLC*

2